**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

LYNNE T. T. TOYOFUKU     4958-0
LEIGHTON M. HARA          7826-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
LToyofuku@marrjones.com

Attorneys for Defendant
CEVA FREIGHT, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BETINA S. TACORANTE-PARKER and CLEVELAND D. TADIARCA,<br><br>Plaintiffs,<br><br>vs.<br><br>CEVA FREIGHT, LLC,<br><br>Defendant. | CIVIL NO. 10-00461 LEK-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES<br><br><br><br>Trial Date: July 23, 2013 |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between all parties who have

appeared in this action, by their respective counsel, that this action is dismissed

with prejudice.  There are no remaining parties and/or issues.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Trial in this case was set for July 23, 2013. Each party agrees to bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaii, January 25, 2013.

/s/ Lynne T. T. Toyofuku
LYNNE T. T. TOYOFUKU
LEIGHTON M. HARA

Attorneys for Defendant
CEVA FREIGHT, LLC


/s/ Randall L.K.M. Rosenberg
RANDALL L.K.M. ROSENBERG
MOANA A. YOST

Attorneys for Plaintiffs
BETINA S. TACORANTE-PARKER
and CLEVELAND D. TADIARCA

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

═════════════════════════════════════════════════

*Betina S. Tacorante-Parker and Cleveland D. Tadiarca v. CEVA Freight, LLC*, Civil No. 10-00461 LEK-KSC STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES

2